

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00086-CV

GREGORY DANIELS, Appellant

V.

BALCONES WOODS CLUB, INC., Appellee

On Appeal from the 201st District Court
Travis County, Texas
Trial Court No. D-1-GN-16-005244

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Gregory Daniels, appellant, filed a notice of appeal in this matter on September 11, 2018. Both the clerk's and reporter's records were due to be filed with this Court on or before October 9, 2018. Neither record has been filed, and there is no indication that Daniels has paid for or made arrangements for payment of the fees associated with their preparation. Further, Daniels has not tendered the mandatory $205.00 filing fee associated with the appeal.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5. Similarly, unless otherwise excused, an appellant must either pay or make arrangements for the payment of the fees related to preparation of the appellate record to ensure that the record is timely filed. TEX. R. APP. P. 35.3(a)(2), (b)(3), 37.3(b).

By letter dated October 9, 2018, and pursuant to Rule 37.3(b) of the Texas Rules of Appellate Procedure, Daniels was provided with notice of and an opportunity to cure these defects.[1] See TEX. R. APP. P. 37.3(b), 42.3(b), (c). The clerk's letter further warned Daniels that if he did not submit an adequate response to the notice by October 19, 2018, his appeal would be subject to dismissal for want of prosecution. Daniels has never paid for, nor made appropriate arrangements to pay for, the appellate record. We have received no communication from Daniels

---

[1]Originally appealed to the Third Court of Appeals in Austin, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. See TEX. GOV'T CODE ANN. § 73.001 (West 2013). The October 9, 2018, notice to Daniels was delivered by the clerk's office of the Third Court of Appeals. That notice further advised Daniels that if a reporter's record was necessary to the appeal and had not already been requested, Daniels should make a written request to the court reporter and make arrangements to pay for the record. See TEX. R. APP. P. 34.1, 34.6(b)(1).

responsive to the October 9 correspondence, and we have received neither the required filing fee nor the appellate record. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rules 37.3(b) and 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted:     November 8, 2018
Date Decided:       November 9, 2018